IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WAUSAU BUSINESS INSURANCE COMPANY, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>FISHER PRINTING CO., INC. an Illinois corporation,<br><br>Defendant.<br>_____<br><br>FISHER PRINTING CO., INC., an Illinois corporation,<br><br>Counter-Plaintiff,<br><br>v.<br><br>WAUSAU BUSINESS INSURANCE COMPANY, a Wisconsin Corporation,<br><br>Counter-Defendant.<br>_____<br><br>FISHER PRINTING CO., INC., an Illinois corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation,<br><br>Third-Party Defendant. | Case No.: 1:07-cv- 03732<br><br>Honorable Mark Filip<br><br>Magistrate Judge Valdez<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANT AND COUNTER-PLAINTIFF FISHER PRINTING CO., INC.

NOW COMES defendant and counter-plaintiff Fisher Printing Co., Inc. ("Fisher Printing"), pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, and for its Motion for Summary Judgment against plaintiff and counter-defendant Wausau Business Insurance Company ("Wausau") states as follows:

Fisher Printing hereby moves for summary judgment against Wausau as to all liability issues presented in this action, including all of Wausau's liabilities to Fisher Printing under Wausau's policy of insurance in favor of Fisher Printing, and in connection with Wausau's liabilities to Fisher Printing under Section 155 of the Illinois Insurance Code, 215 ILCS 3/155.

With regard to damages, Fisher Printing notes that the underlying *Ashley* litigation, that gives rise to the instant action, recently settled. That settlement is subject to a confidentiality agreement (although Fisher Printing has, with the permission of the parties to the underlying litigation, provided details of the nature and amount of the settlement to Wausau).

In order to prove damages in this action, the parties to this action, with the assistance of the Court, will need to make arrangements for the details of the underlying settlement to be placed in evidence in a manner which adequately protects the confidentiality of the settlement. As these arrangements have not yet been made, Fisher Printing's motion for summary judgment is limited to liability issues at this time. Fisher Printing believes that its damages will be readily provable when the details of the underlying settlement are placed in evidence.

In support of this motion, Fisher Printing is submitting, along with this motion, its Memorandum in Support of Motion for Summary Judgment; its Statement of Facts as to Which There is no Genuine Issue; and the Affidavit of Robert B. Baker, authenticating key documents.

WHEREFORE defendant and counter-plaintiff Fisher Printing Co., Inc. hereby moves for summary judgment against Wausau Business Insurance Company on all issues of liability in this action, and further requests such other and further relief as the Court deems appropriate in the interests of justice.

Respectfully submitted,

Dated: February 18, 2008

/s/ Robert B. .Baker
Leonard S. Surdyk
Robert B. Baker
**SURDYK & BAKER**
225 West Washington Street
Suite 2200
Chicago, Illinois 60606
(312) 924-2820
(312) 924-2818
Facsimile: (312) 924-2867
lsurdyk@sbchicago-law.com
rbaker@sbchicago-law.com

**ATTORNEYS FOR FISHER PRINTING CO., INC.**

CERTIFICATE OF SERVICE

The undersigned, an attorney, herby certifies that a true and correct copy of the foregoing Motion for Summary Judgment of Defendant and Counter-Plaintiff Fisher Printing Co., Inc. was served upon all counsel of record in this action, by electronic mail, on the 18th day of February, 2008.

/s/Robert B. Baker